**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No.

RCM TRADING, LLC,
      a Colorado limited liability corporation,

          Petitioner,

BLACKSTONE CAPITAL MARKETS, INC.,
      a New York corporation,

          Respondent.

---

PETITIONER'S CORPORATE DISCLOSURE STATEMENT

---

PETITIONER RCM Trading, LLC ("RCM"), through its undersigned attorneys, and pursuant to D.C.COLO.LCiv.R. 7.4, submits the following Corporate Disclosure Statement:

RCM, a Colorado limited liability corporation, does not have a parent company. RCM is not a publicly traded company. There are no corporations that own more than 10% of the stock of RCM.

Respectfully submitted this 8th day of June, 2007.

By: s/ Timothy R. Beyer
Timothy R. Beyer #12168
BROWNSTEIN HYATT FARBER SCHRECK, P.C.
410 17th Street, Suite 2200
Denver, CO 80202
PH: (303) 223-1100
Email:tbeyer@bhfs.com

ATTORNEYS FOR PETITIONER RCM TRADING, LLC