# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01216-EWN-CBS

RCM TRADING, LLC,
    a Colorado limited liability corporation,

        Petitioner,

BLACKSTONE CAPITAL MARKETS, INC.,
    a New York corporation,

        Respondent.

---

## ORDER

---

THIS MATTER comes before the Court on Petitioner RCM Trading, LLC's ("RCM") Motion for Entry of Default Judgment Appointing Arbitrator. The Court, having reviewed the Motion and other pleadings on file and being fully advised, finds and orders as follows:

1. On June 8, 2007, RCM filed a Petition for Appointment of an Arbitrator ("Petition") requesting that the Court appoint a Colorado arbitrator for the dispute between RCM and Blackstone Capital Markets, Inc. ("Blackstone"), under the Revolving Master Collateral Share Purchase Agreement ("Revolving Agreement") dated March 16, 2006 (*see* Dkt. No. 1, Petition and Exh. 1 thereto, Revolving Agreement).

2. Respondent Blackstone was properly served with a Summons and the Petition by personal service upon its registered agent on June 12, 2007 (*see* Dkt. No. 3, Summons Returned Executed).

1

3.	Blackstone did not respond to the Summons and, on August 1, 2007, the Clerk of this Court filed an Entry of Default against Blackstone (*see* Dkt. No. 10, Entry of Default).

4.	The Revolving Agreement in this dispute contains a mandatory arbitration clause. However, the clause does not identify the arbitrator and requires only that the dispute be "... settled by binding arbitration in Denver, Colorado in accordance with the laws of the State of Colorado ... ." (*see* Dkt. No. 1, Exh. 1, Revolving Agreement at paragraph 16).

5.	Pursuant to 9 U.S.C. 1§5 the Court may appoint an arbitrator if the parties did not designate an arbitrater in their agreement. Because Blackstone has not responded to RCM's Petition to Appoint an Arbitrator and Entry of Default has entered, this Court may now appoint an arbitrator as requested by RCM.

IT IS THEREFORE ORDERED that Petitioner RCM is entitled to default judgment against Respondent Blackstone. Pursuant to 9 U.S.C. 1§5, the Court further ORDERS that disputes relating to the Revolving Agreement be arbitrated in Denver, Colorado under Colorado law and that Judicial Arbiter Group, Inc. be appointed to arbitrate this matter.

Dated this 8th day of August, 2007.

BY THE COURT:

s/ Edward W. Nottingham
Chief United States District Judge